**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01737-LTB-MJW

C. RANDEL LEWIS, solely in his capacity as Receiver,

      Plaintiff,

v.

KATHRYN HOLDERMAN and
EUGENE HOLDERMAN,

      Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on Defendants' Motion to Dismiss Complaint (Doc 2) pursuant to Fed. R. Civ. P. 12(b)(2), and the Court, having reviewed the file in this matter, together with Plaintiff's Response, which confesses the Motion to Dismiss, and Defendants' Reply, hereby Grants the Motion to Dismiss.

IT IS THEREFORE ORDERED that this matter IS **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   July 15, 2011